```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  JAMES K. HERING
    Certified Law Student
 4  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 5  Fresno, CA 93721
    Telephone: (559)497-4000
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO.: 1:10-CR-00199-DLB
                                 )
12              Plaintiff,       )  MOTION AND ORDER FOR DISMISSAL
                                 )  OF INFORMATION
13  v.                           )
                                 )
14  JUSTIN HARRIS                )
                                 )
15              Defendant(s).    )
                                 )
16  _____)
17
```

18      The United States of America, by and through Benjamin B. Wagner,
19  United States Attorney, and Laurel J. Montoya, Assistant United
20  States Attorney, hereby moves to dismiss the Information filed
21  against JUSTIN HARRIS without prejudice in the interest of justice,
22  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.
23  Dated: December 14, 2010            BENJAMIN B. WAGNER
                                        United States Attorney
24
25
                                   By : /s/ Laurel J. Montoya
26                                      LAUREL J. MONTOYA
                                        Assistant U.S. Attorney
27
28

                                    1

O R D E R

IT IS HEREBY ORDERED that the Information filed against JUSTIN HARRIS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 16, 2010**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE